# AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINTS AND ARREST WARRANTS for (1) George RIVENS, (2) ▇▇▇▇▇ and (3) Daneon HANSON

I, Stephen Cuccaro being duly sworn on oath, depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.  I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since March 17, 2019. I am currently assigned to the Charlotte Field Office of the FBI's North Carolina Division and Charlotte's Criminal Enterprise Task Force ("CCETF"). Prior to joining the CCETF, I was on the FBI's Violent Crimes Task Force. My duties included investigations of federal criminal law throughout the Western District of North Carolina. Through formal and on the job training, I have developed experience in investigations dealing with violent offenses and criminal enterprises set forth in the United States Code. As an FBI Special Agent, I am authorized to investigate violations of federal law and to execute warrants issued under the authority of the United States. My duties include participation in numerous Organized Crime Drug Enforcement Task Force (OCDETF) investigations. Through training and experience, I have developed expertise in investigations dealing with drug trafficking organizations (DTO) and drug and firearms related offenses set forth in the United States Code.

2.  This Affidavit is being made for the purpose of securing a Criminal Complaint charging **(1) GEORGE RIVENS ("RIVENS")**, **(2)** ▇▇▇▇▇▇▇▇▇▇▇▇ and **(3) DANEON HANSON ("HANSON")** with: (i) possession with intent to distribute a controlled substance, which violation involved 500 grams or more of a mixture and substance containing methamphetamine; in violation of 21 U.S.C. § 841(a)(1).

1

3.      The facts in this Affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This Affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

4.      RIVENS and ▬▬▬ have been the targets of a long-term drug investigation. During the course of the investigation, agents came to believe that RIVENS, ▬▬▬ and other associates were utilizing a house at 342 Sleepy Hollow Drive, Charlotte, North Carolina, as a stash house for narcotics. Between mid-January to the present, agents utilizing surveillance and ▬▬▬▬▬▬ were able to establish that the Sleepy Hollow residence was the initial location where the RIVENS' Drug Trafficking Organization (DTO) received shipments of narcotics before subsequently selling them to smaller level dealers.

5.      On June 1, 2022, investigators obtained information that HANSON, a suspected cocaine supplier for the RIVENS DTO, was to receive a package via the mail containing multiple kilograms of what was believed to be cocaine. The information also indicated that the cocaine in question was expected to be delivered first to HANSON's home in Charlotte, North Carolina, and then to the RIVENS DTO. Based on past surveillance, Agents believed the package would eventually be transported to the Sleepy Hollow stash house.

6.      Investigators obtained federal search warrants for the (1) Sleepy Hollow address, (2) HANSON's home address, and (3) a third associated address. On June 3, 2022, agents conducting surveillance of HANSON saw him accept delivery of a FedEx package and then proceed to his home. HANSON then took the package from the vehicle he was driving and

entered the garage. Agents then decided to execute search warrants on both HANSON's home, 342 Sleepy Hollow, and the other associated address.

7. Upon executing the search warrant, agents located the package HANSON had taken from the FedEx driver. Upon opening the package, it was found to contain 8 bundles. Seven bundles were wrapped in compact oval shapes, and the last bundle was in a rectangular shape. The bundles were found to contain 1.1 kilograms of heroin, **3.6 kilograms of methamphetamine**, and a small amount of fentanyl. Also found in the house were an AR pistol, and Draco AK pistol, and $60,000 of cash.

8. Agents also executed a search warrant at 342 Sleepy Hollow Road. Agents first knocked and announced their presence. Upon making entry, RIVENS surrendered to police. ▬▬▬ ▬▬▬▬▬ individual were later determined to be attempting to flush methamphetamine down the toilets in the bathrooms. Police searched 342 Sleepy Hollow and found approximately **fifteen (15) kilograms of methamphetamine**, and along with approximately six (6) kilograms of cocaine, large amounts of cash, and eight (8) firearms. These amounts are consistent with trafficking amounts.

## CONCLUSION

9. Wherefore, I respectfully request the issuance of this Criminal Complaints and Arrest Warrants based on the facts contained within the Affidavit.

Respectfully submitted,

/s/ Stephen Cuccaro
Stephen Cuccaro, FBI Special Agent

3

Case 3:22-cr-00159-FDW-DCK   Document 7-1   Filed 06/06/22   Page 3 of 4

*This Affidavit was reviewed by AUSA Fred DeLaRosa.*

In accordance with Rule 4.1(b)(2)(A), the Affiant attested under oath to the contents of this Affidavit, which was submitted to me by reliable electronic means, on this 3rd day of June, 2022, at 10:00 PM

Signed: June 3, 2022

David S. Cayer
United States Magistrate Judge

4